DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 319P13 | State v. Tracy Allen Poole | 1. Def's Motion for Temporary Stay (COA12-1150) | 1. Allowed **07/19/2013**; Dissolved the Stay **11/07/2013** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based on a Constitutional Question | 3. - - - |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 330P13 | State v. William Curtis Lowery | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1129) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 335P13 | State v. Carlos Jerome Gordon | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1318) | Denied |
| 337P13 | Mack, et al. v. The Board of Education of the Public Schools of Robeson County | Def's Motion to Substitute Counsel | Dismissed as Moot **10/16/2013** |
| 339P08-2 | State v. Tommie Park | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP11-279) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 341P13 | Tammy and Lester Watts v. Clarence Woodrow Bell, Jr., Individually and in His Capacity as General Manager of American General Financial Services, Inc., and American General Financial Services, Inc., d/b/a American General Finance | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1553) | Denied |